# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                             Case No.: 2:12–bk–21862–PS

ROSA'S MANAGEMENT COMPANY, L.L.C.                  Chapter: 7
aka RANCHO DE TIA ROSA
c/o Dennis Sirrine
1929 N 24th Street
MESA, AZ 85213
**SSAN:**
**EIN:** 86–0974994

Debtor(s)

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Paul Sala on 6/30/16 at 11:00 AM to consider and act upon the following matter:

DEBTOR'S APPLICATION TO EMPLOY FULLER & STOWELL P.C. NUNC PRO TUNC AS SPECIAL COUNSEL FOR THE DEBTOR AND FIRST INTERIM APPLICATION FOR ALLOWANCE OF PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF FULLER & STOWELL, P.C. AS SPECIAL COUNSEL FOR THE DEBTOR

Any response or objection shall be filed pursuant to Local Bankruptcy Rule 9013(1)(c), or as set forth by the Court within this notice.

**Date: May 31, 2016**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                      **George Prentice**
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov